SANDI M. COLABIANCHI (SBN 193872)
scolabianchi@grsm.com
MIGUEL A. SALDAÑA (SBN 299960)
masaldana@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Doris Kaelin
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| IN RE JAGTAR SINGH OTAL AND PARMJIT KAUR OTAL,<br><br>Debtors. | CASE NO. 17-51435 MEH<br>Chapter 7 |
| DORIS KAELIN, Trustee in Bankruptcy,<br><br>Plaintiff,<br><br>Vs.<br><br>GURU LODGING, LLC,<br><br>Defendant. | Adversary Proceeding No. 18-05009 MEH<br><br>JOINT STATUS CONFERENCE STATEMENT<br><br>Hrg.: April 30, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. M. Elaine Hammond |

Plaintiff Doris Kaelin, Chapter 7 Trustee of the estate of the above-named debtors ("Plaintiff" or "Trustee") and Guru Lodging, LLC ("Defendant" or "Guru") jointly file this status conference statement for the above referenced adversary proceeding.

**1. Preconference Discussions:** Counsel for Plaintiff and Defendant have discussed this matter on several occasions. On April 17, 2018, counsel held a discovery conference and plan to exchange initial disclosures on or before Tuesday, May 1, 2018.

**2. Factual and Legal Theories:** On March 14, 2007, Jagtar Otal and Parmjit Otal (together, "Debtors") executed a Grant Deed transferring their interest in the real property located at 3036 Gaywood Court, San Jose, California 95148 ("Property") to

"Jagtar S. Otal and Parmjit J. Otal, trustees of THE OTAL FAMILY TRUST DATED March 14, 2007" ("Otal Trust"). The Grant Deed was recorded with the Santa Clara County Recorder on April 30, 2007. On April 8, 2015, "Jagtar Otal and Parmjit Otal" executed a Deed of Trust in favor of Defendant as beneficiary in the Property for the amount of $890,000 ("Transfer"). The Transfer was recorded with the Santa Clara County Recorder on April 14, 2015. The Trustee alleges that on the date of the Transfer the Otal Trust held title to the Property and therefore the Deed of Trust is not valid since it was not executed by the Debtors as trustees of the Trust. The Defendant disputes this allegation and asserts that since the Debtors were also the sole trustees of their revocable family trust, execution of the Deed of Trust by the Debtors, even without reference to their capacity as trustees of the Otal Trust, was sufficient for the Deed of Trust to be valid.

The Trustee also alleges that the Deed of Trust provided to the Defendant, a company in which the Debtor held a 15% interest, was a constructively fraudulent transfer, or in the alternative, an actual fraudulent transfer. The Defendant disputes the fraudulent transfer claims in their entirety and demands a jury trial on those issues.

**3. Bankruptcy Rules 70008 and 7012(b).** Plaintiff does consent, and Defendant does not consent to entry of final orders by the Bankruptcy Court. Defendant is in the process of assessing the propriety of a Motion for Withdrawal of Reference so the matter may be heard by a jury in the U.S. District Court.

**4. Discovery Plan and Proposed Cut-Off Dates.** Plaintiff and Defendant have agreed to a discovery cutoff of August 31, 2018.

**5. Estimated Time for Trial and Desired Trial Date.** Plaintiff and Defendant request that the Court set the matter for a further status conference in early September 2018.

**6. ADRP.** Plaintiff and Defendant would be interested in mediation through BDRP or with a bankruptcy judge, after exchanging additional documents and engaging in settlement discussions.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

| | | |
|---|---|---|
| 1 | Dated: April 23, 2018 | GORDON REES SCULLY MANSUKHANI LLP |
| 2 | | |
| 3 | | By: _____/s/ Sandi Colabianchi_____ |
| | | Sandi Colabianchi |
| 4 | | Counsel for Doris Kaelin, Bankruptcy Trustee |
| 5 | Dated: April 23, 2018 | GREENFIELD DRAA & HARRINGTON LLP |
| 6 | | |
| 7 | | By: _____/s/ Justin Draa_____ |
| | | Justin Draa |
| 8 | | Counsel for Defendant Guru Lodging, LLC |

Lines 9–28 blank.

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

1142350/37734499v.1